UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.:  9:13-cv-80180-KAM

MALIBU MEDIA, LLC,

     Plaintiff,

v.

JONATHAN C. TIECHE,

     Defendant.

_____/

## AFFIDAVIT OF JONATHAN C. TIECHE

STATE OF FLORIDA     )
                         )
COUNTY OF PALM BEACH    )

BEFORE me, the undersigned authority, personally appeared JONATHAN C. TIECHE who, being first duly sworn, deposes and says.

1.     I am over the age of eighteen (18) years and have personal knowledge of the statements contained herein.

2.     Comcast Cable Communications, LLC ("Comcast") is my home internet service provider and I have an e-mail account with Comcast.

3.     On or about January 8, 2013, I received an e-mail communication from Comcast regarding an alleged copyright infringement through my Comcast account. The e-mail communication identified the Copyright Owner as "Media Products, Inc. DBA Devil's Film."

4.     On or about March 15, 2013, I received a letter from Comcast. The Letter was in the form of a Court Summons and reflected the name "John Doe." My name did not appear anywhere on this communication that looked similar to a Court Summons.

5.      On May 9, 2013, I was served with the Summons and Amended Complaint attached as **Exhibit A** to this Affidavit.  The process server served the papers on me at my home in Lake Worth, Florida.  The process server verified my name but did not communicate any further with me.  He did not indicate that the papers he handed me included an official Summons, nor did he disclose any information about what the papers pertained to.

6.      I reviewed the Summons and it did not appear to me to be an official Court document relating to a lawsuit for two reasons.  First, the United States District Court Seal and word "SUMMONS" appeared to be printed from an inkjet printer.  It is not raised or different in color, but appears to be of a poor print quality.  Second, the Plaintiff on the Summons is identified as "Malibu Media, LLC," not "Media Products, Inc.," which is the only name that had been communicated to me as alleging I had participated in a copyright infringement.

7.      Prior to the instant matter, I had never been a party to a lawsuit.  I have no familiarity with the Court system.

8.      The prior cryptic communications from Comcast combined with the appearance of the Summons led me to conclude that I was part of a hoax or scam.  Due to the inconsistent communications described above and my lack of familiarity with legal proceedings, I concluded that the Summons in this matter was not a legitimate document and I did not need to respond.

9.      On or about June 14, 2013, I received a copy of the Clerk's Default that had been entered in this matter.  A copy is attached hereto as **Exhibit B**.  Upon receipt of the default, I realized that the Summons and Amended Complaint were bona fide legal documents and secured the law firm of Freeman & Jones, LLC to defend me in this action.

10.      At no time prior to receipt of the Clerk's Default did I believe I was required to

2

respond or take any measures under the rules of this Court or the laws of the State of Florida.

FURTHER AFFIANT SAYETH NAUGHT.

JONATHAN C. TIECHE

STATE OF FLORIDA          )
                          )
COUNTY OF PALM BEACH      )

The foregoing instrument was acknowledged before me by **JONATHAN C. TIECHE**, known to me to be the person described in and who executed the foregoing instrument, and acknowledged to and before me that he executed said instrument for the purposes therein expressed.

Witness my hand and official seal this 27th day of June 2013.



Notary Public State of Florida
Sherie D Travers
My Commission EE062362
Expires 02/08/2015

NOTARY PUBLIC

My Commission Expires:

Personally Known _____ OR Produced Identification  X

Type of Identification Produced *Concealed Weapon or Firearm License*

*Number W 2715261*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served electronically on **M. Keith Lipscomb, Esquire**, at klipscomb@lebfirm.com,

3

LIPSCOMB, EISENBERG & BAKER, PL, 2 South Biscayne Blvd., Penthouse 3800, Miami, Florida 33131.

Respectfully submitted,

FREEMAN & JONES, LLC

/s/ Donald J. Freeman
DONALD J. FREEMAN
Florida Bar No.: 180413
2475 Mercer Avenue, Suite 301
West Palm Beach, Florida 33401
Tel:    561.471.4900
Fax:    561.471.4939
E-mail: djfreemanpa@bellsouth.net
Attorney for Defendant, Jonathan C. Tieche

4

# EXHIBIT A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| MALIBU MEDIA, LLC | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 9:13-cv-80180-KAM |
| JONATHAN C. TIECHE | ) ) |
| *Defendant* | ) |

05-09-2013
4:30 pm
CPS# 1284
GTQ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jonathan C. Tieche
305 Winged Foot Road
Lake Worth, FL 33461

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Keith Lipscomb, Esq.
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 3, 2013**



## SUMMONS

s/Teresa Erwin
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

Civil Action No. 9:13-cv-80180-KAM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                          *Server's signature*

                                 _____
                                    *Printed name and title*


                                 _____
                                       *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| | ) Civil Action Case No. 9:13-cv-80180-KAM |
| v. | ) |
| | ) |
| JONATHAN C. TIECHE, | ) |
| Defendant. | ) |
| | ) |

## AMENDED COMPLAINT

Plaintiff, Malibu Media, LLC, sues Jonathan C. Tieche, and alleges:

### Introduction

1.      This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

2.      Defendant is a persistent online infringer of Plaintiff's copyrights.  Indeed, Defendant's IP address as set forth on Exhibit A was used to illegally distribute each of the copyrighted movies set forth on Exhibit B.

3.      Plaintiff is the registered owner of the copyrights set forth on Exhibit B (the "Copyrights-in-Suit.")

### Jurisdiction And Venue

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

5.      The Defendant's acts of copyright infringement occurred using an Internet Protocol address ("IP address") traced to a physical address located within this District, and

1

therefore this Court has personal jurisdiction over the Defendant because (a) Defendant committed the tortious conduct alleged in this Complaint in this State, and (i) Defendant resides in this State and/or (ii) Defendant has engaged in substantial and not isolated business activity in this State.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State; additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because each Defendant or Defendant's agent resides or may be found in this District.

## Parties

7.      Plaintiff, Malibu Media, LLC, is a limited liability company organized and existing under the laws of the State of California and has its principal place of business located at 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.

8.      Jonathan C. Tieche is an individual residing at 305 Winged Foot Road, Lake Worth, FL 33461.

## Factual Background

I.      *Defendant Used the BitTorrent File Distribution Network To Infringe Plaintiff's Copyrights*

9.      The BitTorrent file distribution network ("BitTorrent") is one of the most common peer-to-peer file sharing venues used for distributing large amounts of data, including, but not limited to, digital movie files.

10.     BitTorrent's popularity stems from the ability of users to directly interact with each other in order to distribute a large file without creating a heavy load on any individual

2

source computer and/or network. The methodology of BitTorrent allows users to interact directly with each other, thus avoiding the need for intermediary host websites which are subject to DMCA take down notices and potential regulatory enforcement actions.

11.     In order to distribute a large file, the BitTorrent protocol breaks a file into many small pieces called bits.  Users then exchange these small bits amongst each other instead of attempting to distribute a much larger digital file.

12.     After the infringer receives all of the bits of a digital media file, the infringer's BitTorrent client software reassembles the bits so that the file may be opened and utilized.

13.     Each bit of a BitTorrent file is assigned a unique cryptographic hash value.

14.     The cryptographic hash value of the bit ("bit hash") acts as that bit's unique digital fingerprint.  Every digital file has one single possible cryptographic hash value correlating to it.  The BitTorrent protocol utilizes cryptographic hash values to ensure each bit is properly routed amongst BitTorrent users as they engage in file sharing.

15.     The entirety of the digital media file also has a unique cryptographic hash value ("file hash"), which acts as a digital fingerprint identifying the digital media file (e.g. a movie).  Once infringers complete downloading all bits which comprise a digital media file, the BitTorrent software uses the file hash to determine that the file is complete and accurate.

16.     Plaintiff's investigator, IPP Limited, established a direct TCP/IP connection with the Defendant's IP address as set forth on Exhibit A.

17.     IPP Limited downloaded from Defendant one or more bits of each of the digital movie files identified by the file hashes on Exhibit A.

18.     Each of the cryptographic file hashes as set forth on Exhibit A correlates to copyrighted movies owned by Plaintiff as identified on Exhibit B.

19.     IPP Limited downloaded from Defendant one of more bits of each file has listed in Exhibit A. IPP Limited further downloaded a full copy of each file hash from the BitTorrent file distribution network and confirmed through independent calculation that the file hash matched what is listed on Exhibit A. IPP Limited then verified that the digital media file correlating to each file hash listed on Exhibit A contained a copy of a movie which is identical (or alternatively, strikingly similar or substantially similar) to the movie associated with that file hash on Exhibit A. At no time did IPP Limited upload Plaintiff's copyrighted content to any other BitTorrent user.

20.     IPP Limited downloaded from Defendant one or more bits of each digital media file as identified by its hash value on Exhibit A. The most recent TCP/IP connection between IPP and the Defendant's IP address for each file hash listed on Exhibit A is included within the column labeled Hit Date UTC. UTC refers to Universal Time which is utilized for air traffic control as well as computer forensic purposes.

21.     An overview of the Copyrights-in-Suit, including each hit date, date of first publication, registration date, and registration number issued by the United States Copyright Office is set forth on Exhibit B.

22.     IPP Limited has also engaged in enhanced surveillance of other digital media files being distributed by Defendant. The results of this more intensive surveillance are outlined in Exhibit C. The Copyrights-in-Suit are solely limited to content owned by Plaintiff as outlined in Exhibit B. Exhibit C is provided for evidentiary purposes only.

23.     As the subscriber in control of the IP address being used to distribute Plaintiff's copyrighted movies, Defendant is the most likely infringer. Consequently, Plaintiff hereby alleges Defendant is the infringer. Plaintiff has included as Exhibit D a solicitation of

4

exculpatory evidence in the event that Defendant chooses to deny the allegations.

24.    Defendant is the only person who can be identified as the infringer at this time.

### Miscellaneous

25.    All conditions precedent to bringing this action have occurred or been waived.

26.    Plaintiff has retained counsel and is obligated to pay said counsel a reasonable fee for its services.

### COUNT I
### Direct Infringement Against Jonathan C. Tieche

27.    The allegations contained in paragraphs 1-26 are hereby re-alleged as if fully set forth herein.

28.    Plaintiff is the owner of the Copyrights-in-Suit, as outlined in Exhibit B, each of which covers an original work of authorship.

29.    By using BitTorrent, Defendant copied and distributed the constituent elements of each of the original works covered by the Copyrights-in-Suit.

30.    Plaintiff did not authorize, permit or consent to Defendant's distribution of its works.

31.    As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A)    Reproduce the works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)    Redistribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)    Perform the copyrighted works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the works' images in any sequence and/or by making the sounds accompanying the works audible and transmitting said performance of the works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's

5

definitions of "perform" and "publically" perform); and

(D)    Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works nonsequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

32.    Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)    Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works;

(B)    Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C)    Order that Defendant delete and permanently remove the infringing copies of the works Defendant has on computers under Defendant's possession, custody or control;

(D)    Award Plaintiff statutory damages in the amount of $150,000 per infringed Work pursuant to 17 U.S.C. § 504-(a) and (c);

(E)    Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)    Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*

## File Hashes for IP Address 66.229.173.72

**ISP:** Comcast Cable
**Physical Location:** West Palm Beach, FL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/04/2013 03:51:30 | C36DEC68F30937A6694D89B5361968E22F7E1DC7 | Seeing Double |
| 02/04/2013 03:05:08 | CA94994721EE00D6893DD22B663E115738B2CFC7 | Working Out Together |
| 01/27/2013 15:02:09 | 34B65ACA9872A134EE022CADA02257FB052BB2A2 | Want You |
| 01/27/2013 10:46:55 | 1E6D4FA3A137EE0F661629E131193646BE591492 | A Little Rain Must Fall |
| 01/22/2013 02:37:53 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 01/22/2013 02:28:16 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/03/2013 01:13:06 | 27480B702A95A52335FD2BFBE97966DD194578D9 | Morning Desires |
| 12/27/2012 03:19:14 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 12/16/2012 02:43:13 | 11F512D5FA6F35E09C0771EE09CCDB6E773FA8CF | Then They Were Three |
| 12/14/2012 04:02:19 | 544EDC12170CE5BA61AE658FF49F00ACD0EFE628 | Miss Me Not |
| 12/08/2012 02:50:43 | F9F19C1C00F1F750FAB162F96CC6DBF64CD02C16 | Unforgettable View #1 |
| 12/04/2012 02:20:55 | 90E692A0ACFEB631698F4FFCEACACD140C38891C | Loving Angels |
| 12/04/2012 02:16:26 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 11/28/2012 22:09:30 | BF2C2B375DA8FCFF02FC6C84E69F15E6DE6AABF4 | Prelude to Passion |
| 11/27/2012 03:46:41 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 11/27/2012 03:36:06 | 0CD592AE71447D6936AD02B822879419756EF25A | Tarde Espanola |
| 11/07/2012 20:42:53 | 88BCB17DE301CC09401232AE0F7FDB5BC71EF47E | Pretty Back Door Baby |
| 11/06/2012 23:59:29 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |
| 11/06/2012 23:52:59 | CA6DF4E11F8ABC2ABA9FA3EC717FB60A47A9F090 | Still With Me |
| 10/23/2012 01:21:33 | 4359DC92664E77CD720AC1416D3700F179E303E6 | Flexible Beauty |
| 09/15/2012 20:17:00 | F8E10689563DC33769FDBDA86F5BF12CE171E09C | Side by Side |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

SFL17

**Copyrights-In-Suit for IP Address 66.229.173.72**

**ISP:** Comcast Cable
**Location:** West Palm Beach, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/27/2013 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 10/23/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 11/27/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/04/2012 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 12/04/2012 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 12/14/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/03/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/27/2012 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 11/28/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 11/07/2012 |
| Seeing Double | PENDING | 02/02/2013 | 02/04/2013 | 02/04/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/15/2012 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/22/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/06/2012 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 11/27/2012 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/16/2012 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/08/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/27/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/22/2013 |
| Working Out Together | PENDING | 01/30/2013 | 02/04/2013 | 02/04/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 11/06/2012 |

**EXHIBIT B**

SFL17

**Total Malibu Media, LLC Copyrights Infringed: 21**

EXHIBIT B

SFL17

## Expanded Surveillance of IP Address 66.229.173.72

**ISP:** Comcast Cable
**Location:** West Palm Beach, FL

| Hit Date UTC | Filename |
|---|---|
| 02/10/2013 | Deep_Dish-Flashdance-CDM-2004-TN |
| 02/10/2013 | x-art_eufrat_angelica_deep_longing_540-chkm8te.wmv |
| 02/10/2013 | x-art_connie_sacred_romance_1080.mov |
| 02/08/2013 | The Walking Dead Season 3 Complete(Ep 1-8) HDTV x264 [VectoR] |
| 02/07/2013 | Jackeline.Jackline.Gets.Stripped.And.Fucked.Over.Her.Bed.18XGirls.2013_iyutero.com.mp4 |
| 02/07/2013 | Naughty America - My Friend's Hot Mom - Nikita Denise 720p.avi |
| 02/07/2013 | Aksinya.Aksinya.Pulls.Down.Her.Skirt.For.A.Quick.Pounding.18XGirls.2013_iyutero.com.mp4 |
| 02/07/2013 | Naughty America - My Sister's Hot Friend - Karina White, Xander Corvus.wmv |
| 02/07/2013 | Dare Dorm - Three Is A Crowd |
| 02/07/2013 | Riley Steele - Love Encounter HD 1080p |
| 02/04/2013 | 1989 - Tales Of Creation (Remastered) |
| 02/04/2013 | X-Art - Seeing Double - Addison, Gianna [1080p].mov |
| 02/04/2013 | X-Art.13.01.30.Kristen.Working.Out.Together.XXX.1080p.MOV-KTR[rarbg] |
| 01/31/2013 | SUITS S02 E01-10 720p Web-Dl 275mb MrLss |
| 01/27/2013 | X Art - A Little Rain Must Fall |
| 01/27/2013 | Microsoft ASP.NET Fast and Easy Web Development 2002.pdf |
| 01/27/2013 | (travel-USA) California escapes - The official guide to state parks.pdf |
| 01/27/2013 | x-art_baby_want_you_1080.mov |
| 01/23/2013 | HIMYM (SUB) - 8x14 Ring Up.mp4 |
| 01/22/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/22/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |

EXHIBIT C

SFL17

| Hit Date UTC | Filename |
|---|---|
| 01/22/2013 | x-art_baby_want_you_720.wmv |
| 01/21/2013 | Die Zeit 2007 10.pdf |
| 01/15/2013 | Suits Season 1 Complete 720p |
| 01/11/2013 | Parental Guidance 2012 CAM XviD MATiNE |
| 01/09/2013 | Parental.Guidance.2012.DVDRip.XviD-IGUANA |
| 01/07/2013 | Downton Abbey - The Complete Season 3 [HDTV] |
| 01/03/2013 | Angie.Morning.Desires.XArt.2012.HD_iyutero.com.wmv |
| 12/31/2012 | Slutty.And.Sluttier.16.XXX.DVDRip.XviD-VBT |
| 12/29/2012 | [ www.Torrenting.com ] - A Knights Tale DVDRip H264 AC3 5.1 - MaryJane |
| 12/27/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/18/2012 | The Walking Dead S03E01 HDTV x264 + Subtitles [GlowGaze] |
| 12/16/2012 | x-art_baby_susie_then_they_were_three_720-chkm8te.wmv |
| 12/14/2012 | Nip.Tuck.S03E12.WS.DSR.XviD-LOKi.avi |
| 12/14/2012 | X-Art - Miss Me Not - Ivana [1080p].mov |
| 12/13/2012 | 11.10.03.Sensi Pearl_BigMouthFuls_ImgZilla.mp4 |
| 12/13/2012 | Sensi Pearl -Masturbation and BTS [WMV][[1920x1080].wmv |
| 12/13/2012 | Fire With Fire 2012 720p BRRip x264 aac vice |
| 12/12/2012 | Barely Legal #123 |
| 12/12/2012 | InnocentHigh-SensiPearl-RoughTryouts-540.wmv |
| 12/11/2012 | YoungLegalPorn - Virtual act - Trinity [720p].mp4 |
| 12/09/2012 | prnfle632x |
| 12/09/2012 | Please.Dont.Tell.XXX.DVDRip.XviD-Jiggly.avi |
| 12/05/2012 | PantyJobs |
| 12/04/2012 | Lesbian.Adventures.Wet.Panties.Trib.3.XXX.DVDRip.x264-Pr0nStarS |
| 12/04/2012 | X-Art - Loving Angels - Anneli, Baby [1080p].mov |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 12/04/2012 | X-Art - Inside Perfection - Angelica [720p].mov |
| 12/04/2012 | Sets 111-120 |
| 12/03/2012 | VA - The Twilight Saga Breaking Dawn - Part 2 [2012-OST] iTunes M4A NimitMak SilverRG |
| 12/03/2012 | xxx105.avi |
| 12/03/2012 | God-Awesome.mp3 |
| 12/03/2012 | Lily.Carter.Is.Irresistible.2012[SnaiperTT] |
| 12/03/2012 | ?? ?? ???.E089.121016.HDTV.XviD-KOR.avi |
| 12/03/2012 | The Office Season 8, Episode 19 HDTV XviD |
| 12/03/2012 | The Hunger Games 2012 DVDRip XviD-DEPRiVED |
| 12/03/2012 | Smokie Panpipe Plays-[TFM]-2011 |
| 12/03/2012 | MyGF.Kitty.Latina.Hottie.Fucks.Like.A.Champ.XXX.pornalized.avi |
| 12/03/2012 | Battlestar.Galactica.S04E10.VOSTFR.HDTV.XviD.FV |
| 12/03/2012 | ?luby panie?skie.14.avi |
| 12/02/2012 | Ted (Unrated) (HD).m4v |
| 12/02/2012 | Set # 069  -YOYO-  (1080p).mp4 |
| 11/29/2012 | DURARARA!!@????[???????][????] ?????.rar |
| 11/29/2012 | American.Pie.Reunion.2012.DVDRip.READNFO.XViD.v4.INSPiRAL.avi[Multi-SUBS] |
| 11/29/2012 | Ashley Fires - Sexy MILF Wants Young Cock (2012) [720p].mp4 |
| 11/29/2012 | Sexy Teen Couple Made Home Sextape.avi |
| 11/29/2012 | Teen Milf 7 [Split Scenes] |
| 11/29/2012 | Milf Seekers Kianna Dior Hottest Milf Ever 720p.mp4 |
| 11/29/2012 | Exclusive Teen Porn - Amazing Teen Porn HD 720p |
| 11/29/2012 | Only Teen Blowjobs - Zoey Nixon HD 1080p |
| 11/28/2012 | Musikresan 180 (2007) |
| 11/28/2012 | GirlsDoPorn com Episode 176.wmv |

EXHIBIT C

SFL17

| Hit Date UTC | Filename |
|---|---|
| 11/28/2012 | Gianna.Prelude.To.Passion.XArt.2012.HD_iyutero.com.wmv |
| 11/27/2012 | x-art_addison_tarde_espanola_540.mp4 |
| 11/27/2012 | BD2.rar |
| 11/27/2012 | X-Art - Heart And Soul - Connie [720p].mov |
| 11/27/2012 | [2006-03-18] Fightergalla 2.iso |
| 11/26/2012 | The Awakening 2012 BDRIP XVID {1337x}-Hiest |
| 11/26/2012 | The Day After Tomorrow[2004]BDrip[Eng]1080p[DTS 6ch]-Atlas47 |
| 11/26/2012 | Warehouse.13.S01E03.Resonance.HDTV.XviD-FQM |
| 11/26/2012 | Disturbed-Stupify_(CDM)-2001-CSR |
| 11/26/2012 | 2Pac - Better Dayz ( Explicit ) |
| 11/26/2012 | Sara Fawkes - Tout ce qu'il voudra 2 (French Edition).rar |
| 11/26/2012 | The Fifth Element Italian (DVD) 480p AMIABLE |
| 11/26/2012 | Dredd 3D - 2012 CAMRip XviD ENG-LKRG |
| 11/25/2012 | Argo (2012) 720pTS2DVD PAL DD5.1 NL Subs |
| 11/19/2012 | X-Art - Soul Mates - Ivy [1080p].mov |
| 11/19/2012 | X-Art - Vacation Fantasy - Susie [1080p].mov |
| 11/19/2012 | x-art_beatrice_formidable_beauty_1080.mp4 |
| 11/19/2012 | X-Art - Finding Elysium - Susie, Kaylee [1080p].mov |
| 11/18/2012 | Moms.Bang.Teens |
| 11/18/2012 | ktr.xart.12.11.13.ivy.lovers.quarrel.mov |
| 11/08/2012 | pr0n0z-120923.zoi.ass.fucking.and.squirting.wmv |
| 11/08/2012 | x-art_linsay_pretty_backdoor_baby.wmv |
| 11/07/2012 | X-Art - Young Passion - Baby [1080p].mp4 |
| 11/07/2012 | prnfle643x |
| 11/07/2012 | X-Art - Poolside Passion - Mira [1080p].mov |

EXHIBIT C

SFL17

| Hit Date UTC | Filename |
|---|---|
| 11/07/2012 | x-art_kaylee_kyle_still_with_me_1080.mov |
| 11/05/2012 | X-Art - Casual Sex - Caprice, Ivana [720p].mov |
| 11/05/2012 | Wrath of the Titans (English) DVDRip XViD PeeR2Me |
| 11/05/2012 | Taylor Swift - Red (Deluxe Edition) (2012) |
| 11/04/2012 | EfficientPIM Pro 2.93 Incl Keygen [vokeon] |
| 11/01/2012 | The Perks of Being a Wallflower |
| 10/27/2012 | ???????????????@www.6ytk.com@???????_??? |
| 10/23/2012 | The Casual Vacancy - J.K. Rowling (Epub-Mobi-PDF) - devilvj |
| 10/23/2012 | X-Art.12.10.19.Mira.Flexible.Beauty.XXX.1080p.MOV-KTR[rbg] |
| 10/20/2012 | Downton.Abbey.S03E05.720p.HDTV.x264-jTV [PublicHD] |
| 10/18/2012 | Game Of Thrones Season 2 - Complete[mRzTV] |
| 10/18/2012 | Teach.Me.2.XXX.DVDRip.XviD-STARLETS |
| 10/18/2012 | Tokyo.Hot.n0788_Mako.Nagase.[720p].mkv |
| 10/18/2012 | How.I.Met.Your.Mother.S08E04.HDTV.x264-LOL.[VTV].mp4 |
| 10/18/2012 | Marvel_Nemesis_USA_PS2-ECHELON |
| 10/18/2012 | American Virgin 2009 DVDRip Uncut DownSpaces.mkv |
| 10/16/2012 | prnfle521x.avi |
| 10/16/2012 | TeenFilipina - Maybel __ 29 june 2012 __ HD 720.wmv |
| 10/16/2012 | Leave My Panties On - Nicole Aniston.avi |
| 10/14/2012 | The Jungle Book 1967 [H.264-MP4] (oan) |
| 10/10/2012 | Leave.My.Panties.On.XXX.1080p.WEBRiP.x264-SEXORS |
| 10/10/2012 | X-Art - Russian Invasion - Grace, Linsay, Nastia [720p].mov |
| 10/10/2012 | Nubiles - Pink Shaped Heart Panties - Lili Lamour [720p].wmv |
| 10/10/2012 | x-art_jasmine_dangerous_game_720.wmv |
| 10/10/2012 | X-Art - Three for the Show - Leila [720p].mov |

EXHIBIT C

SFL17

| Hit Date UTC | Filename |
|---|---|
| 10/10/2012 | X-Art - Wild Things - Silvie, Grace [720p].wmv |
| 10/10/2012 | x-art_erica_slow_motion_720.wmv |
| 10/09/2012 | Downton_Abbey.3x04.720p_HDTV_x264-FoV [PublicHD] |
| 09/25/2012 | Now Thats What I Call Music 81 (2012) - 2CD [tL] |
| 09/25/2012 | David Guetta feat. Sia - Titanium.mp3 |
| 09/25/2012 | David Guetta Feat Sia -- Titanium.mp3 |
| 09/25/2012 | Katy Perry - E.T [Single] [2010]- Sebastian[Ub3r] |
| 09/24/2012 | Kris Allen-Live Like We're Dying.mp3 gortha_ii@ferialaw.com |
| 09/24/2012 | Project Earth.rar |
| 09/24/2012 | OneRepublic - Good Life.mp3 |
| 09/24/2012 | Black Eyed Pears - Lets Get it Started.mp3 |
| 09/18/2012 | Downton Abbey Season 3, Episode 1 HDTV XviD-ASAP |
| 09/18/2012 | [ www.Speed.Cd ] - Downton.Abbey.S03E01.720p.HDTV.x264-TLA |
| 09/17/2012 | Teen.Wolf.S02E04.HDTV.XviD-Extremlym |
| 09/16/2012 | Jennifer_Lopez_-_Dance_Again_The_Hits-2012-MOD |
| 09/16/2012 | Love Is a Four Letter Word (Deluxe Edition) |
| 09/16/2012 | Red Hook Summer 2012 Eng (BDRip) Dual Audio ETRG |
| 09/15/2012 | Zzaph.exe |
| 09/15/2012 | x-art_ivy_leila_side_by_side_720.wmv |
| 09/15/2012 | x-art_kaylee_ian_first__love_1080.mov |
| 09/15/2012 | X-Art - House Of The Rising Sun - Jessie [1080p].mp4 |
| 09/15/2012 | UFC.Best.Of.2005.DSRip.XviD-aAF |
| 09/15/2012 | x-art_maya_backstage_720.mov |
| 09/15/2012 | X-Art - This Side of Paradise - Ivy [1080p].mov |
| 09/05/2012 | Maroon 5 Overexposed 2012 320kbps Mp3 |

EXHIBIT C

SFL17

| Hit Date_UTC | Filename |
|---|---|
| 09/04/2012 | The Lumineers - The Lumineers (2012). butchT Latest Albums |

EXHIBIT C

## EXCULPATORY EVIDENCE REQUEST

<u>Subscriber Name:</u>

<u>Subscriber Address:</u>

<u>Attorney Name/Contact:</u>

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

<u>Authorized User Name/Relationship</u>

A. _____
- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

B. _____

- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

C. _____

- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

EXHIBIT D

SFL17

D._____

o  Adult Child
o  Domestic Partner
o  Minor Child
o  Roommate
o  Spouse
o  Tenant
o  Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to
an IP Address assigned to the Defendant?

YES        NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or
routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or
other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES        NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

EXHIBIT D

SFL17

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES        NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES        NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

YES        NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES        NO

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES        NO

_____
Signed

_____
Date

EXHIBIT D

SFL17

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

Malibu Media, LLC,                         CASE NO. 13-cv-80180-KAM

     Plaintiff(s),

v.

Jonathan C Tieche

     Defendant(s).

_____/

```
FILED by __AR__ D.C.

Jun 11, 2013

STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.
```

It appearing that the defendant(s) herein, **Jonathan C Tieche,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Jonathan C Tieche, as of course, on this date June 11, 2013.

**STEVEN M. LARIMORE**
CLERK OF COURT

By: _s/_____
    Alex Rodriguez
    Deputy Clerk

cc:    Hon. Kenneth A. Marra
       Counsel of Record
       Jonathan C Tieche
       305 Winged Foot Road, Lake Worth, FL 33461